IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA BEDOLLA,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,

    Defendant.

No. C 11-1865 MMC

**ORDER DISMISSING ACTION**

    By order filed August 9, 2011, the Court granted defendant's motion to dismiss the complaint in the above-titled case.[1] In so doing, the Court afforded plaintiff leave to amend her claims, and directed plaintiff to file any amended pleading within thirty days thereafter. No amended pleading has been filed.

    Accordingly, the above-titled action is hereby DISMISSED.

    **IT IS SO ORDERED.**

Dated: September 28, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] On September 27, 2011, the case was reassigned to the undersigned.